No. 91–1030. WITHROW v. WILLIAMS. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 90–1801. BOSTON TEACHERS UNION LOCAL 66 v. MORGAN ET AL. C. A. 1st Cir. Certiorari denied.

No. 90–1824. PALOMAR MOBILEHOME PARK ASSN. v. CITY OF SAN MARCOS, CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 90–8394. MUNERA-CADAVID v. UNITED STATES (two cases). C. A. 11th Cir. Certiorari denied.

No. 91–631. CASELLA ET AL. v. CITY OF MORGAN HILL. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 91–934. LADNER v. SMITH, SHERIFF, SMITH COUNTY, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–987. CITY AND COUNTY OF SAN FRANCISCO ET AL. v. FEDERAL AVIATION ADMINISTRATION ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1014. LACHTERMAN v. MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 91–1125. ARNOLDT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–1145. CAMPBELL v. DONDERO ET AL. Sup. Ct. Nev. Certiorari denied.

No. 91–1161. KISER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–1177. CZARNESKI v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.